UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
INVINCIBLE IP LLC,                              :
                                                :
                       Plaintiff,               :     **ORDER CLOSING THE CASE**
         -against-                              :
                                                :     22 Civ. 04490 (AKH)
SAS INSTITUTE, INC.,                            :
                                                :
                       Defendants.              :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On August 25, 2022, I granted Defendant's Motion to dismiss, and granted Plaintiff leave to amend its pleadings no later than September 29, 2022. Defendant has not amended its pleadings, and the deadline to do so has passed. The Clerk shall terminate ECF No. 13 and mark the case closed.

      SO ORDERED.

Dated:   November 10, 2022
         New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge

1